**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 24-1048; 24-1477

**Case Name** Kalbers v. Volkswagen AG, et al.

Hearing Location (*city*) Pasadena

Your Name Morgan L. Ratner

List the sitting dates for the two sitting months you were asked to review:

March 3 - March 7, 2025
March 24 - March 28, 2025
March 31 - April 4, 2025
April 7 - April 11, 2025

Do you have an unresolvable conflict on any of the above dates? (●) Yes ( ) No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

March 28 -- Scheduled Family Travel
March 31 - April 1 -- Scheduled Family Travel

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

( ) Yes (●) No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Morgan L. Ratner **Date** 11/11/2024

*(use "*s/[typed name]*" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*